# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Bernard M. Jones
United States Courthouse**, Room 1021**, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

NOTICE TO ALL COUNSEL:

1. Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **February 3, 2020.**  *See* LCvR16.1(a)(1) and Appendix II.

2. In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear**.

3. Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any pro se litigants, at the time indicated below.  *See* LCvR16.1(a)(2).

4. Please note that a valid photo identification is required to enter the courthouse.

**FEBRUARY 12, 2020**

Feb. 12, 2020 Status Conference
Hon. Bernard M. Jones

**10:00 a.m.**
CIV-17-0654-J

| | | |
|---|---|---|
| | Hartford Life and Accident Insurance Company | Anna E. Imose |
| | -and- | |
| | Farmers New World Life Insurance Company | J. Angela Ables<br>Johnny R. Blassingame, Jr. |
| | v. | |
| | Keisha Jones-Atchison | J. Blake Patton<br>Lambert D. Dunn, Jr.<br>Michael L. Bardrick |
| | -and- | |
| | David Atchison, Sr., et al. | Benjamin R. Grubb<br>Heidi M. Nichols<br>Michael J. Hoover |
| | -and- | |
| | Anitra Haag, et al.<br>Intervenor Defendant | Mark B. Houts |
| | -and- | |
| | Amber Smith, et al.<br>Cross Claimant | |
| | v. | |
| | David Atchison, Sr.<br>Cross Defendant | Heidi M. Nichols<br>Michael J. Hoover |

**10:20 a.m.**
CIV-18-0944-J

| | | |
|---|---|---|
| | ATS Group, LLC *doing business as* Alliance Tank Service | Joshua W. Solberg<br>Michael D. McClintock<br>Carrie B. Hoffman<br>Taylor E. White |
| | v. | |
| | Legacy Tank Industrial Services, LLC, et al. | Audrey A. Weaver<br>Eric C. Money |

Feb. 12, 2020 Status Conference
Hon. Bernard M. Jones

| | | | |
|---|---|---|---|
| **10:40 a.m.**<br>CIV-19-0552-J | Clinton T. Hopkins | Charles T. Battle |
| | v. | |
| | Georg Fischer Central Plastics, LLC | James Randall Coffey |
| **11:00 a.m.**<br>CIV-19-00834-J | Pro-Drive Outboards, LLC | Ryan M. Goudelocke<br>Thomas S. Pal Keaty<br>William Winfield Stagg |
| | v. | |
| | Cruzani, Inc. *formerly known as* US Highland, Inc. | Dick Dee Knadler |
| | -and- | |
| | John R. Fitzpatrick | |
| **11:20 a.m.**<br>CIV-19-0992-J | R4 Investments, LLC, et al. | Michael D. McGrew |
| | v. | |
| | Real Protect, LLC, et al. | Robert A. Bragalone |
| **1:20 p.m.**<br>CIV-19-0963-J | Ryan Patrick Miller | Paul Lincoln Stoller<br>Andrea R. Rust |
| | v. | |
| | CR Bard Incorporated, et al. | Hiba Kazim<br>J. Craig Buchan<br>Micah J. Petersen<br>Stephanie R. Smiley |

Feb. 12, 2020 Status Conference
Hon. Bernard M. Jones

| | | |
|---|---|---|
| **1:40 p.m.**<br>CIV-19-0964-J | Mose Garlin Starrett | Paul Lincoln Stoller<br>Andrea R. Rust |
| | v. | |
| | CR Bard Incorporated, et al. | Hiba Kazim<br>J. Craig Buchan<br>Micah J. Petersen<br>Stephanie R. Smiley |
| **2:00 p.m.**<br>CIV-19-1083-J | Brandi Henry | Patricia A. Podolec<br>Rachel L. Bussett |
| | v. | |
| | The Department of Human Services, et al. | M. Daniel Weitman<br>Rebecca I. Burton |
| **2:20 p.m.**<br>CIV-19-1112-J | Debra Johnson | James W. Dunham, Jr. |
| | v. | |
| | The Prudential Insurance Company of America | William K. Turner<br>Julie M. Kamps<br>Samuel M. Schwartz-Fenwick |
| **2:40 p.m.**<br>CIV-19-1192-J | SeanRyan Murphy | Jason E. Robinson<br>Lydia J. Barrett<br>Richard L. Denney |
| | v. | |
| | Toyota Motor Corporation, et al. | Andrew L. Richardson<br>Dru A. Prosser<br>Mary Quinn-Cooper |